FILED



*2:00 pm, 7/31/25*

**Margaret Botkins**
**Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **MICHAEL D. SMITH,**  Defendant. | Case Number: 2:25-PO-00428-SPK  Violation No.: WAFB E1440659 |

### ORDER TO DISMISS VIOLATION NOTICE WITHOUT PREJUDICE

After due consideration of the United States' Motion to Dismiss, the Court hereby grants the motion and dismisses without prejudice violation notice **WAFB E1440659** against the Defendant, **Michael D. Smith.**

**Dated** this 31st day of July 2025.

_____
Scott P. Klosterman
United States Magistrate Judge